ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | Case No.  **6:09-bk-28299-TD** |
| **JEFFREY HAMPTON** ) | |
| ) | **TRUSTEE'S REPORT** |
| **CAROLANN HAMPTON** ) | |
| _____ ) | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$4,700.00** per month.

Spouse/other net income is **$3,848.00** per month.

Debtor's Budget shows **$1,124.00** disposable income.

Debtor proposed to pay **\*$400.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **14.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**\*THE PLAN PAYMENT IS $400.00 PER MONTH FOR MONTH 1 AND $1,124.00 PER MONTH EACH MONTH THEREAFTER. THE DEBTOR SHALL PROVIDE PROOF OF AUTOMOBILE INSURANCE TO THE CHAPTER 13 TRUSTEE WITHIN 10 DAYS OF CONFIRMATION. THE DEBTOR(S) SHALL AMEND AND SERVE SCHEDULE "D" AND THE CREDITORS' MATRIX TO INCLUDE HOME OWNER'S ASSOCATION WITHIN 10 DAYS OF CONFIRMATION. ANNUAL INCOME OVER $165,000.00 IS PLEDGED TO PLAN, LESS APPLICABLE TAXES. CAPITAL ONE AUTO FINANCE SHALL BE PAID $15.60 PER MONTH FOR 20 MONTHS ON TIS SECURED CLAIM OF $311.98. THE DEBTOR(S) SHALL SURRENDER ANY AND ALL INTEREST IN THE 2007 FORD FOCUS TO WFS FINANCIAL. RIVERSIDE COUNTY TAX COLLECTOR SHALL BE PAID $367.04 PER MONTH AT 18% INTEREST RATE ON THE SECURED CLAIM OF $13,580.31. DEBTOR(S) SHALL MAKE REGULAR PAYMENTS DIRECTLY TO RIVERSIDE COUNTY TAX COLLECTOR.DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  October 21, 2009

_____
Rod Danielson, Chapter 13 Trustee