Rod Danielson, Chapter 13 Standing Trustee
4361 Latham Street, Suite 270, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:09-bk-28299-DS  AS OF 4/1/2010**

JEFFREY HAMPTON
CAROLANN HAMPTON
39402 COLONY UNION ST
MURRIETA, CA  92563

| | |
|---|---|
| FILING DATE: | 08/10/2009 |
| 1ST MEETING DATE: | 09/17/2009 |
| CONFIRMATION DATE: | 10/08/2009 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSECURED: | 14.00 |
| MONTHLY PLAN PMT AMT: | $1,124.00 |
| GROSS RECEIPTS: | $7,145.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $5,467.06 |
| FEES PAID TO ATTY: | $0.00 |
| FEES PAID TO TRUSTEE: | $553.94 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $1,124.00 |

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/24/2010 | $500.00 | 04/2010 | $0.00 |
| 03/24/2010 | $500.00 | 03/2010 | $1,124.00 |
| 03/24/2010 | $124.00 | 02/2010 | $1,124.00 |
| 02/24/2010 | $124.00 | 01/2010 | $1,124.00 |
| 02/24/2010 | $500.00 | 12/2009 | $1,124.00 |
| 02/24/2010 | $500.00 | 11/2009 | $1,124.00 |
| 01/20/2010 | $124.00 | 10/2009 | $1,125.00 |
| 01/20/2010 | $500.00 | 09/2009 | $400.00 |
| 01/20/2010 | $500.00 | 08/2009 | $0.00 |
| 12/17/2009 | $124.00 | 07/2009 | $0.00 |
| 12/17/2009 | $500.00 | 06/2009 | $0.00 |
| 12/17/2009 | $500.00 | 05/2009 | $0.00 |

CURRENT CASE DISPOSITION:
ACTIVE

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | DOAN LAW FIRM, LLP | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 0.00 | $821.00 | $936.33 | $0.00 | $0.00 | $131.09 |
| 0002 | BAY AREA CREDIT SERVIC | UNSECURED | 0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | California Recovery Bu | UNSECURED | 0.00 | $171.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | COLLECTION | UNSECURED | 0.00 | $67.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | COLUMBIA HOUSE | UNSECURED | 0.00 | $84.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | Credit One Customer Service | UNSECURED | 0.00 | $505.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | LVNV FUNDING LLC | UNSECURED | 0.00 | $772.00 | $866.35 | $0.00 | $0.00 | $121.29 |
| 0008 | HSBC BANK | UNSECURED | 0.00 | $503.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | Hsbc Best Buy | UNSECURED | 0.00 | $2,236.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $8,316.00 | $8,940.71 | $0.00 | $0.00 | $1,251.70 |
| 0011 | Lake Elsinore Unified | UNSECURED | 0.00 | $8,200.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | $829.00 | $858.36 | $0.00 | $0.00 | $120.17 |
| 0013 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $323.74 | $542.09 | $0.00 | $0.00 | $75.89 |
| 0014 | Seventh Ave | UNSECURED | 0.00 | $128.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | U S DEPT OF EDUCATION | UNSECURED | 0.00 | $56,999.00 | $57,822.10 | $0.00 | $0.00 | $8,095.09 |
| 0016 | U S DEPT OF EDUCATION | UNSECURED | 0.00 | $15,091.00 | $11,821.10 | $0.00 | $0.00 | $1,654.95 |
| 0017 | VERIZON CALIFORNIA | UNSECURED | 0.00 | $328.00 | $301.73 | $0.00 | $0.00 | $42.24 |
| 0018 | Verizon California Inc | UNSECURED | 0.00 | $195.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | ECMC | UNSECURED | 0.00 | $20,500.00 | $31,210.96 | $0.00 | $0.00 | $4,369.53 |
| 0020 | ECMC | UNSECURED | 0.00 | $296.00 | $296.74 | $0.00 | $0.00 | $41.54 |
| 0021 | BENEFICIAL | UNSECURED | 0.00 | $167,554.00 | $157,356.13 | $0.00 | $0.00 | $22,029.86 |
| 0022 | CAPITAL ONE AUTO FINANCE | VEHICLE ARREARS | 0.00 | $0.00 | $311.98 | $116.62 | $0.00 | $195.36 |
| 0023 | CITIFINANCIAL AUTO CREDIT | SECURED | 0.00 | $21,635.00 | $21,323.82 | $0.00 | $0.00 | $0.00 |
| 0024 | AMERICAN HOME MORTGAGE SERVICING,INC. | MORTGAGE ARREARS | 0.00 | $6,258.00 | $7,278.37 | $2,599.13 | $0.00 | $4,679.24 |
| 0025 | Wfs Financial/Wachovia Dealer Srvs | SECURED | 0.00 | $9,866.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0026 | DON KENT, TREASURER-TAX COLLECTOR | SECURED | 0.18 | $13,021.00 | $13,580.31 | $1,569.17 | $1,182.14 | $12,011.14 |
| 0027 | ASSET ACCEPTANCE CORP | UNSECURED | 0.00 | $0.00 | $261.70 | $0.00 | $0.00 | $36.64 |
| 0028 | FRANCHISE TAX BOARD | PRIORITY | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0029 | U S DEPT OF EDUCATION | UNSECURED | 0.00 | $0.00 | $1,141.00 | $0.00 | $0.00 | $159.74 |

**TOTAL PRINCIPAL BALANCE OWED*:    $55,015.47**

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.