1 | DONALD H. CRAM, III (State Bar No. 160004)
ADAM N. BARASCH (State Bar No. 158220)
2 | BERNARD J. KORNBERG (State Bar No. 252006)
MARK D. LONERGAN (State Bar No. 143622)
3 | SEVERSON & WERSON, P.C.
One Embarcadero Center, Suite 2600
4 | San Francisco, CA  94111
Telephone: (415) 677-5548
5 | Facsimile:  (415) 677-5664
Email:  bjk@severson. com

Attorneys for Movant
WELLS FARGO DEALER SERVICES, INC.,
FKA WACHOVIA DEALER SERVICES, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re                                    )    Chapter 13
  JEFFREY HAMPTON AND                    )
  CAROLANN HAMPTON,                      )    Case No.  6: 09-bk-28299-DS
                                         )
         Debtor(s).                      )    Date:    12/01/10
                                         )    Time:    11:00 AM
                                         )    Place:   Courtroom 304
                                         )             3rd Floor
                                         )             3420 Twelfth Street
                                         )             Riverside, CA
                                         )

**STIPULATION FOR ADEQUATE PROTECTION RE SECTION 362 STAY**

30000/4612/866448.1

Stipulation for Adequate Protection

## ADEQUATE PROTECTION ATTACHMENT

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____

2. ☒ The Debtor(s) shall make regular monthly payments in the sum of $<u>284.23</u> commencing <u>12/08/2010</u>. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address

    <u>Wells Fargo Dealer Services, Inc.</u>
    <u>10750 4th Street, Suite 200</u>
    <u>Rancho Cucamonga, CA 91730</u>

3. ☐ The Debtor(s) shall cure the postpetition default computed through _____ in the amount of $_____ as follows: 11

    a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____

    b. ☐ By paying the sum of $_____ on or before _____,

    c. ☐ By paying the sum of $_____ on or before _____,

    d. ☐ By paying the sum of $_____ on or before _____,

    e. ☐ Other:

4. ☐ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*: _____
    Disclosure Statement shall be approved on or before *(specify date)*: _____
    The Plan shall be confirmed on or before *(specify date)*: _____

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s) If Debtor(s) fails to cure the default within 14 days after service of such written notice, plus 3 additional days unless the written notice of default was served by personal delivery or posting as described in F R Civ P 5(b)(2)(A)-(B):

    a. ☐ The stay shall automatically terminate without further notice, hearing or order
    b. ☒ Movant may file and serve declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing
    c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with LBRs
    d. ☐ The Movant may move for relief from the stay on regular notice

Dated: 12/3/10

By: _____
Bernard J Kornberg, Attorney for Movant

Dated: 11/30/10

By: _____
Gregory J Doan, Attorney for Debtors

7 ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of 3 *(number)* notices of default and opportunities to cure pursuant to the preceding paragraph  Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure  If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's(s') failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice of hearing

8 ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case  If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s)

9 ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief contain a waiver of the 14-day stay created by FRBP 4001(a)(3)

10 ☐ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law

11 ☐ Other *(specify)*:

Dated: 12-03- 0                         By: _____
                                          Bernard J Kornberg, Attorney for Movant

Dated: 11/30/10                          By: _____
                                            Gregory J Doan, Attorney for Debtors

30000/4612/865052.1
This form is mandatory  It has been approved for use in the United States Bankruptcy Court for the Central District of California
October 2010                         Page 4                         F 4001-1.ORDER.PP

| In re:<br>JEFFREY HAMPTON AND CAROLANN HAMPTON,<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 6:09-bk-28299-DS |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
One Embarcadero Center, Suite 2600, San Francisco, CA 94111

The foregoing document described **STIPULATION FOR ADEQUATE PROTECTION RE SECTION 362 STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 3, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Debtor's Attorney: Gregory J. Doan - ecf@doanlaw.com
Chapter 13 Trustee: Rod Danielson - notice-efile@rodan13.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On December 6, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
(All Parties served by First Class Mail)

| Jeffrey Hampton<br>Carolann Hampton<br>39402 Colony Union St<br>Murrieta, CA 92563 | Hon. Deborah J. Saltzman<br>U.S.B.C. – Riverside Division<br>3420 Twelfth Street, Suite 304<br>Riverside, CA 92501-3819 | Hon. Deborah J. Saltzman<br>U.S.B.C. – Riverside Division<br>Attn: Intake Division<br>Judge Saltzman's Courtroom Deputy<br>3420 Twelfth Street, Suite 345<br>Riverside, CA 92501-3819 |
|---|---|---|

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December 6, 2010    Rachel J. Rodriguez    /s/ Rachel Rodriguez
Date                 Type Name              Signature

30000/4612/866452.1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1